UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| FRANK HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| | ) | |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The Plaintiff, by counsel, by alleges against the Defendant(s) as follows:

1. The Plaintiff is Frank Hamilton, a qualified individual with a disability, who was over the age of forty (40) at all material times to this Complaint.

2. The Defendant is Menard, Inc., ("Menard") a company doing business at 7702 Southtown Crossing, Fort Wayne, Indiana, 46818 (Allen County). The Registered Agent is The Prentice-Hall Corporation System, Inc., Suite 500, 251 East Ohio Street, Indianapolis, IN 46204. The Defendant's headquarters are located at 5101 Menard Drive, Eau Claire, WI 54703. At all material times to this Complaint, the Defendant was an "employer" for the purposes of the Americans with Disabilities Act, 42 U.S.C. § 1211 et seq. ("ADA"), and the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 et seq. ("ADEA"). The EEOC issued a Dismissal and Notice of Rights/ Notice of Suit Rights on May 30, 2014, a copy of which is attached hereto and made a part hereof as Exhibit "B". All administrative remedies have been exhausted and all jurisdictional prerequisites have been met for the filing of this lawsuit.

3. The Plaintiff filed a Charge of Discrimination, No. EO-0233-A13/ 24D-2013-00431 on

August 27, 2013, a copy of which is attached hereto, made a part hereof and incorporated herein as exhibit "A". The EEOC issued its Dismissal and Notice of Rights/Notice of Suit Rights on May 30, 2014, a copy of which is attached hereto as Exhibit "B". All jurisdictional prerequisites have been met, and all administrative remedies have been exhausted prior to the filing of this lawsuit.

4. The Plaintiff was employed by the Defendant at its 7702 Southtown Crossing, Fort Wayne, IN location. Plaintiff worked for approximately six to seven years, until on or about April 1, 2013. When he began working for the Defendant, the Plaintiff alerted the Defendant to a serious medical condition that constituted a disability under the ADEA, and which substantially impaired his major life activities including lifting.

5. On or about April 1, 2013, the Plaintiff was terminated, following a work related accident that also involved a younger, similarly situated coworker. Initially, the Plaintiff had claimed responsibility for the accident, but later the younger (under age forty) employee was determined to have been the individual responsible for the accident.

6. On or about April 1, 2013, the Defendant terminated the Plaintiff. The proffered reason for his termination was that the Plaintiff failed to report an accident. Similarly situated employees that lacked disabilities and/or were under the age of forty, however, and whom failed to report accidents, and/or whom failed to accurately report them, but were nevertheless retained by the Defendant and only suspended instead of being fired.

7. The Plaintiff contends that the proffered reason for termination was false and pretextual, and that in reality he was discriminated against and terminated on the basis

of his age (over forty) and/or because he had a disability. Defendant acted in violation of the Plaintiff's federally protected rights under the ADEA and/or ADA. The Defendant's discriminatory conduct was the direct and proximate cause of the Plaintiff suffering the loss of his job and job related benefits including income, and subjected the Plaintiff to inconvenience, emotional distress, and other damages and injuries.

8. The Defendant's unlawful and discriminatory conduct was intentional, knowing, willful, wanton, and in reckless disregard of the Plaintiff's federally protected rights under the ADEA and/or ADA, justifying an imposition of liquidated damages (where available), and punitive damages (where available).

WHEREFORE, Plaintiff respectfully prays for judgment against the Defendant, for compensatory damages, liquidated damages (where available), punitive damages (where available), for reasonable attorney's fees and costs, and for all other just and proper relief.

### JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:       cmyers@myers-law.com
Attorney for Plaintiff

CCM/an

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA | EO-0233-A13 |
| [X] EEOC | 24D-2013-00431 |

**City of Fort Wayne Metro Human Relations Commission** and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Frank Hamilton

**Street Address / City, State and ZIP Code:** 3114 South Win, Fort Wayne, IN 46816

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.

**Name:** MENARDS
**No. Employees, Members:** 500 or More
**Phone No.:** (260) 441-0406
**Street Address:** 7702 Southtown Crossing, Fort Wayne, IN 46816

**DISCRIMINATION BASED ON:** [X] AGE  [X] DISABILITY

**DATE(S) DISCRIMINATION TOOK PLACE:** Earliest 04/01/2013  Latest 04/01/2013

**THE PARTICULARS ARE:**

I am a qualified individual with a disability (born 5/24/1960) who had been working for Menard's as an assistant yard manager. It was common knowledge that I have a disabling condition and that I was receiving assistance. On April 1, 2013, I was terminated for failing to report an accident when I should have been only put on suspension. I know of younger, non-disabled employees who have been in accidents and not been terminated.

For these reasons, I believe I have been discriminated against because of my disability and my age, fifty-three. This is in violation of the Americans with Disabilities Act Amendments Act of 2008 and the Age Discrimination in Employment Act of 1967, as amended.

Aug 27, 2013 — Charging Party Signature

Exhibit A

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Frank Hamilton<br>3114 South Win<br>Fort Wayne, IN 46816 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2013-00431 | Randy G. Poynter, Enforcement Supervisor | (317) 226-5670 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- **NOTICE OF SUIT RIGHTS** -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations** that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____
Webster N. Smith,
Director

MAY 30 2014
*(Date Mailed)*

Enclosures(s)

cc:   Michael O'Brien
Legal Counsel
MENARD, INC
5101 Menard Dr.
Eau Claire, WI 54703

Exhibit B