UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| FRANK HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:14-cv-252 |
| | ) | |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE**

Come now Plaintiff Frank Hamilton, by counsel, and Defendant Menard, Inc., by counsel, and by mutual agreement, respectfully move this Court for an Order to Dismiss this Action without Prejudice. Pursuant to the terms of the parties' written employment agreement, the parties have submitted all of their claims to binding arbitration as administered by the American Arbitration Association.

Respectfully Submitted,

**FRANK HAMILTON**                                         **MENARD, INC.**

s/ Christopher C. Myers
s/ Ilene M. Smith
s/ Rachel J. Guin-Lowry                                    s/ Michael J. O'Brien
Christopher C. Myers                                       Michael J. O'Brien  #25035-45
Ilene M. Smith                                             5101 Menard Drive
Rachel J. Guin-Lowry                                       Eau Claire, WI 54703
Christopher C. Myers & Associates                          Telephone: 715-876-2971
809 South Calhoun Street, Suite 400                        Fax: 715-876-5963
Fort Wayne, IN 46802-2307                                  mobrien@menard-inc.com
cmyers@myers-law.com
ismith@myers-law.com
rguin@myers-law.com

Attorneys for Plaintiff Frank Hamilton             Attorney for Defendant Menard, Inc.

**DATED: FEBRUARY 10, 2016**                              **DATED: FEBRUARY 10, 2016**

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2016, a copy of the foregoing "JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Michael J. O'Brien | Christopher C. Myers |
| 5101 Menard Drive | Ilene M. Smith |
| Eau Claire, WI 54703 | Rachel J. Guin-Lowry |
| Telephone: 715-876-2971 | Christopher C. Myers & Associates |
| Fax: 715-876-5963 | 809 South Calhoun Street, Suite 400 |
| mobrien@menard-inc.com | Fort Wayne, IN 46802-2307 |
| | cmyers@myers-law.com |
| | ismith@myers-law.com |
| | rguin@myers-law.com |
| | |
| | s/ Christopher C. Myers |
| | s/ Ilene M. Smith |
| s/ Michael J. O'Brien | s/ Rachel J. Guin-Lowry |
| Michael J. O'Brien | Christopher C. Myers |
| | Ilene M. Smith |
| | Rachel J. Guin-Lowry |